ABRAHAM TAX, INC., Respondent, v. TOWERS WAREHOUSES, INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Unte myer, JJ.

ISIDORE A. BLANCH, Appellant, v. WILLIAM A. GOETZ and Another, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MICHAEL AGNETTA and Others, Respondents, v. THE STATE OF NEW YORK and Others, Defendants, Impleaded with CLEMENTE CONTRACTING CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY B. McELENEY, as Administratrix, etc., of JOHN B. McELENEY, Deceased, Appellant, v. McKESSON-GIBSON-SNOW CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS ASTORINO, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN T. MULLANE, Appellant, for a Mandamus Order against JOHN McKENZIE, Commissioner of Docks of the City of New York, and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application for Exemption of CORNELIUS F. KELLEY, a Trial Juror. FREDERICK O'BYRNE, Commissioner of Jurors of the County of New York, Appellant; CORNELIUS F. KELLEY, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HEDLEY S. V. PARKER, Appellant, Respondent, v. LAWRENCE SHUBERT LAWRENCE and Others, Respondents, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FRANCES CELLO, Respondent, v. AUGUST ROSSI, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent, v. COMPREHENSIVE OMNIBUS CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 878.]

ARIE STONE GALLAGHER, Appellant, v. EDWARD J. GALLAGHER, JR., Respondent. — Order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.